# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN S. GUTMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITIGROUP, CITIBANK (SOUTH DAKOTA), N.A., CITIBANK SERVICES, INC., CITICORP, CITIBANK USA, NORTH DAKOTA BANKERS ASSOCIATION, and DOES 1 to 25,<br><br>　　　　Defendants. | Case No. 2:21-cv-05377-JEM<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

The Court, having reviewed and considered the Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41, and finding good cause, the Stipulation is **GRANTED.** The claims asserted by Plaintiff Alan S. Gutman in this matter **ARE DISMISSED WITH PREJUDICE** and with each party to bear their own costs and fees.

Dated:  August 17, 2021

*John E. McDermott*
_____
The Honorable John E. McDermott
United States District Court Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1
[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41
Case No. 2:21-cv-05377-JEM

LA 52604272